## WAPLES-PAINTER CO. v. BOARD OF COM'RS OF LOVE COUNTY.

No. 3839. Opinion Filed November 10, 1914.

(144 Pac. 353.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error has failed to file a brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Love County;*

*Stillwell H. Russell, Judge.*

Action by the Waples-Painter Company against the Board of County Commissioners of Love County. Judgment for defendant, and plaintiff brings error. Dismissed.

*Eddleman & Graham,* for plaintiff in error.

*H. A. Stanley,* for defendant in error.

Opinion by RITTENHOUSE, C. This appeal was filed in this court April 16, 1912. Neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evidence that the proceedings have been abandoned. The appeal should, therefore, be dismissed for want of prosecution under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Crone v. Duncan et al.,* 36 Okla. 517, 129 Pac. 711; *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.